**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ) | |
| NORTHERN ILLINOIS BENEFIT FUND, ) | |
| BOARD OF TRUSTEES OF THE ) | |
| NORTHERN ILLINOIS PENSION FUND, ) | FILED: AUGUST 5, 2008 |
| BOARD OF TRUSTEES OF THE ) | 08CV4411 |
| NORTHERN ILLINOIS EDUCATION ) | JUDGE DOW |
| FUND, BOARD OF TRUSTEES OF ) No. | MAGISTRATE JUDGE KEYS |
| THE NORTHERN ILLINOIS ) | |
| RETIREMENT FUND, ) Judge | TC |
| ) | |
| Plaintiffs, ) Magistrate | |
| ) | |
| v. ) | |
| ) | |
| BOWEN ENGINEERING ) | |
| CORPORATION, an Illinois corporation, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

Plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT

FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND,

BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND,

BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, by

their attorneys, DONALD D. SCHWARTZ, PHILIP BRZOZOWSKI and ARNOLD

AND KADJAN, complain against Defendant, BOWEN ENGINEERING

CORPORATION, an Illinois corporation, as follows:

1.      (a)      Jurisdiction of this cause is based on Section 301 of the National

Labor Relations Act, 29 U.S. C. Section 185(a) as amended.

(b)    Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Security Act of 1974, 29 U.S.C. Section 1132, 1145 ("ERISA"), as amended.

2.    Venue is founded pursuant to 29 U.S.C. Section 1132(e)(2) in this District where the Funds, as described in Paragraph 3, are administered.

3.    (a)    The Plaintiffs in this count are BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, et al. ("the Funds"), and have standing to sue pursuant to 29 U.S.C. Section 1132(d)(1).

(b)    The Funds have been established pursuant to collective bargaining agreements previously entered into between the Plumbers and Pipefitters Local 501 ("Local 501") and certain employer associations whose members' employees are covered by the collective bargaining agreement with the Local 501. The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws.  The funds are administered pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

4.    (a)    Defendant, BOWEN ENGINEERING CORPORATION, **("Bowen")** is an Illinois corporation and is doing business within this Court's jurisdiction.

(b)    **Bowen** is an employer engaged in an industry affecting commerce.

5.    **Bowen** has entered into a collective bargaining agreement with Local 501 pursuant to which it is required to make periodic contributions to the Funds on behalf of certain of its employees.

6.    By virtue of certain provisions contained in the collective bargaining agreements, **Bowen** is bound by the Trust Agreement establishing the Funds.

7.    Under the terms of the collective bargaining agreements and Trust Agreements to which it is bound, **Bowen** is required to make contributions to the Funds on behalf of its employees and, when given reasonable notice by Plaintiffs or their representatives, to submit all necessary books and records to Plaintiffs' accountant for the purpose of determining whether or not it is in compliance with its obligation to contribute to the Funds.

8.    Plaintiffs are advised and believe that for **July 1, 2004 through May 31, 2007, Bowen** has failed to make some of the contributions from time to time required to be paid by it to the Funds pursuant to the terms of the collective bargaining agreements and Trust Agreements by which it is bound, all in violation of its contractual obligations and its obligations under applicable state and federal statutes.

9.    Due to its failure to pay the contributions, **Bowen** is further obligated to pay contributions in the amount of $8,455.52, liquidated damages in the amount of $845.55, and $840.75 in audit costs.  These amounts total $10,141.82. (See copy of audit report attached hereto as Exhibit "1")

WHEREFORE, Plaintiffs pray for relief as follows:

A.    Plaintiffs be awarded $10,141.82, as provided for in the applicable agreements and ERISA Section 502(g)(2).

B.    Plaintiffs be awarded their costs herein, including reasonable attorneys' fees and costs incurred in the prosecution of this action;

C.    **Bowen** be enjoined from violating the terms of the collective bargaining agreements and Trust Agreements by failing to make timely payments to the Funds and be ordered to resume making those payments.

D.    This Court grant Plaintiffs such other and further relief as it may deem appropriate under the circumstances.

Respectfully submitted,
**BOARD OF TRUSTEES OF THE
NORTHERN ILLINOIS BENEFIT
FUND, et al.**


By:_____s/Philip Brzozowski___
        One of their Attorneys

Donald D. Schwartz
Philip Brzozowski
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415

**EXHIBIT 1**



# PLUMBERS AND PIPEFITTERS LOCAL 501
# NORTHERN ILLINOIS BENEFIT FUNDS



1295 Butterfield Rd., Aurora, IL 60502-8879 • Ph (630) 978-4600 • Fax (630) 978-4616 • email: benefitfunds@ualocal501.org

June 30, 2008

Doug Bowen
Bowen Engineering Corporation
10315 Allisonville Road
Fishers, IN 46038

Dear Mr. Bowen:

Enclosed, please find the Funds Auditor's Report regarding the recent audit of your payroll records for the period July 1, 2004 through May 31, 2007.

Pursuant to this audit, the amounts due are as follows:

| | |
|---|---|
| Dues Check-Off | $ 972.80 |
| Pension Fund | $ 2,394.64 |
| Retirement Fund | $ 1,048.00 |
| Health & Welfare Fund | $ 3,485.20 |
| Education Fund | $ 409.20 |
| Industry Fund | $ 122.88 |
| International Training Fund | $ 22.80 |
| Sub-total | $ 8,455.52 |
| 10% Liquidated Damages | $ 845.55 |
| Total Audit Findings | $ 9,301.07 |
| Audit Costs | $ 840.75 |
| Total Due | $ 10,141.82 |

Each month after July 2008, add $93.01 interest.

To avoid further penalties, please remit your payment to Northern Illinois Benefit Funds by July 30, 2008 and mail to:

> Northern Illinois Benefit Funds
> PO Box 94423
> Chicago, IL 60690

Please be advised that if payment is not received by July 30, 2008 this matter will be referred to our attorney for collection.

Sincerely,

Robert E. Niksa
Administrative Manager

REN/tlg

Enclosure



# B&K

## BANSLEY AND KIENER, L.L.P.

### CERTIFIED PUBLIC ACCOUNTANTS

#### ESTABLISHED 1922

O'HARE PLAZA  8745 WEST HIGGINS ROAD  SUITE 200  CHICAGO, ILLINOIS 60631   312.263.2700  FAX 312.263.6935  WWW.BK-CPA.COM

May 8, 2008

Mr. Robert Niksa
Northern Illinois Benefit Funds
1295 Butterfield Road
Aurora, Illinois 60502-8879



Dear Mr. Niksa:

We have applied certain procedures, as discussed below, to the payroll records of Bowen Engineering Corporation, a contributing employer to the Dues Check-Off, Pension Fund, Retirement Fund, Health & Welfare Fund, Education Fund, Industry Fund and International Training Fund, for the period July 1, 2004 through May 31, 2007. The purpose of our review was to assist you in determining whether contributions to the Trust Funds are being made in accordance with the collective bargaining agreements in effect and with the Trust Agreements of the Funds. The propriety of the contributions is the responsibility of the employer's management.

Our procedures generally include a review of the pertinent provision of the collective bargaining agreements and comparing underlying employer payroll records to Fund contribution records.  The employer records we review may include payroll journals, individual earnings records, payroll tax returns, contribution reports, job classifications, and general disbursement records. The scope of this engagement is limited to records made available by the employer and would not necessarily disclose all exceptions in employer contributions to the Trust Funds.  Any compensation paid to employees not disclosed to us or made part of the written record is not determinable by us and is not included in our review.

Our procedures relate to a review of the employer's payroll records only and do not extend to any financial statements of the contributing employer. The procedures were substantially less in scope than an audit of the financial statements of the contributing employer, the objective of which is the expression of an opinion on the contributing employer's financial statements. Accordingly, no such opinion is expressed.

The exceptions to employer contributions noted are detailed on the accompanying schedule.

*Bansley and Kiener, L.L.P.*

BANSLEY and KIENER, L.L.P.
Certified Public Accountants

MEMBERS: AMERICAN INSTITUTE OF CPA's • ILLINOIS CPA SOCIETY
INDEPENDENT MEMBER FIRM OF MOORE STEPHENS INTERNATIONAL, LIMITED

# Summary Report

Northern Illinois Benefit Funds
Payroll Compliance Audit of: BOWEN ENGINEERING CORPORATION

The amounts due to the various funds are as follows:

| Benefit | 07/01/04-12/31/04 | 2005 | 2006 | 1/1/07-5/31/07 | Totals |
|---|---|---|---|---|---|
| Dues Check-Off | $ 199.04 | $ 300.71 | $ 422.46 | $ 50.59 | $ 972.80 |
| Pension Fund | $ 431.48 | $ 754.12 | $ 981.44 | $ 227.60 | $ 2,394.64 |
| Retirement Fund | $ 184.00 | $ 296.00 | $ 448.00 | $ 120.00 | $ 1,048.00 |
| Health and Welfare Fund | $ 625.60 | $ 1,086.40 | $ 1,435.20 | $ 338.00 | $ 3,485.20 |
| Education Fund | $ 78.20 | $ 129.80 | $ 163.20 | $ 38.00 | $ 409.20 |
| Industry Fund | $ 23.00 | $ 39.40 | $ 49.28 | $ 11.20 | $ 122.88 |
| International Training Fund | $ 4.60 | $ 7.40 | $ 8.80 | $ 2.00 | $ 22.80 |
| Total | $ 1,545.92 | $ 2,613.83 | $ 3,508.38 | $ 787.39 | |
| Sub-Total | | | | | $ 8,455.52 |
| Add 10% Liquidated Damages | | | | | $ 845.55 |
| | | | | | $ 9,301.07 |

**Note:**
For each month after MAY 2008, add $93.01 interest.

To the Northern Illinois Benefit Funds

Our report on the examination of the payroll records of this employer are as follows:

| | |
|---|---|
| Employer: | BOWEN ENGINEERING CORPORATION |
| Address: | 10315 ALLISONVILLE RD<br>FISHERS, IN 46038-0000 |
| Telephone: | (317) 842-2616 |
| Period Covered: | 7/1/2004 - 12/31/2004 |
| Contact: | KEESA LOOPER |
| Date of Examination: | April 23, 2008 |
| Field Auditor(s): | GRANT WORKMAN |
| | |
| Type of Organization: | NOT PROVIDED |
| Federal ID Number: | 35-1136995 |
| State ID Number: | T2052216 |
| Synopsis: | The prescribed audit procedures were performed. |
| | "PLUMBERS AND PIPEFITTERS" |
| | See accompanying schedule for exceptions noted. |
| | V  - Vacation and/or Holiday - no "benefit exclusion form" completed. |
| | B  - Bonus and/or Safety Incentive - no "benefit exclusion form" completed. |
| | S  - Shortage exception included |
| Exit Interview: | Reviewed exceptions with Ms. Looper on May 5, 2008. |

Northern Illinois Benefit Funds

Payroll Compliance Audit of:   BOWEN ENGINEERING CORPORATION

The amounts due to(from) the various funds are as follows:

| Benefit Fund | | Hours | Wages | Rate | Amount Due (Overreported) |
|---|---|---|---|---|---|
| **Dues Check-Off** | | | | | |
| 01/01/2004 To | 05/31/2004 | | $0.00 | 3.0000% | $0.00 |
| 06/01/2004 To | 12/31/2004 | | $6,634.72 | 3.0000% | $199.04 |
| | | | $6,634.72 | | $199.04 |
| **Pension Fund-Journeymen** | | | | | |
| 01/01/2004 To | 05/31/2004 | -- | | $4.24 | $0.00 |
| 06/01/2004 To | 12/31/2004 | 92.00 | | $4.69 | $431.48 |
| | | 92.00 | | | $431.48 |
| **Retirement Fund-Journeymen** | | | | | |
| 01/01/2004 To | 05/31/2004 | -- | | $2.00 | $0.00 |
| 06/01/2004 To | 12/31/2004 | 92.00 | | $2.00 | $184.00 |
| | | 92.00 | | | $184.00 |
| **Health and Welfare Fund** | | | | | |
| 01/01/2004 To | 05/31/2004 | -- | | $5.55 | $0.00 |
| 06/01/2004 To | 12/31/2004 | 92.00 | | $6.80 | $625.60 |
| | | 92.00 | | | $625.60 |
| **Education Fund** | | | | | |
| 01/01/2004 To | 05/31/2004 | -- | | $0.80 | $0.00 |
| 06/01/2004 To | 12/31/2004 | 92.00 | | $0.85 | $78.20 |
| | | 92.00 | | | $78.20 |
| **Industry Fund** | | | | | |
| 01/01/2004 To | 05/31/2004 | -- | | $0.20 | $0.00 |
| 06/01/2004 To | 12/31/2004 | 92.00 | | $0.25 | $23.00 |
| | | 92.00 | | | $23.00 |
| **Intl Training Fund** | | | | | |
| 01/01/2004 To | 05/31/2004 | -- | | $0.05 | $0.00 |
| 06/01/2004 To | 12/31/2004 | 92.00 | | $0.05 | $4.60 |
| | | 92.00 | | | $4.60 |
| Total amount due to(from) funds | | | | | $1,545.92 |

# Northern Illinois Benefit Funds

Social Security #: 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
Employee: ABITUA, GERADO
Card Type: Plumbers and Pipefitters

Employer: BOWEN ENGINEERING CORPORATION
Person Contacted: KEESA LOOPER

Schedule of Deficiencies & (Credits) for 2004

Payroll Compliance Audit Period: 07/01/2004-12/31/2004
Date of Audit: 04/23/2008
Payroll ComplianceAuditor: GRANT WORKMAN

| Month | Employer Records Hours | Employer Records Wages | Fund Records Hours | Fund Records Wages | Difference Hours | Difference Wages | Dues Check-Off | Pension | Retirement | Health and Welfare | Education | Industry | Int'l Training Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | – | – | – | – | – | – | – | – | – | – | – | – | – |
| February | – | – | – | – | – | – | – | – | – | – | – | – | – |
| March | – | – | – | – | – | – | – | – | – | – | – | – | – |
| April | – | – | – | – | – | – | – | – | – | – | – | – | – |
| May | – | – | – | – | – | – | – | – | – | – | – | – | – |
| June | – | – | – | – | – | – | – | – | – | – | – | – | – |
| July | 160.00 | 6,425.60 | 112.00 | 4,497.92 | √ 48.00 | 1,927.68 | 57.83 | 225.12 | 96.00 | 326.40 | 40.80 | 12.00 | 2.40 |
| August | 200.00 | 8,032.00 | 200.00 | 8,032.00 | – | – | – | – | – | – | – | – | – |
| September | 160.00 | 6,425.60 | 152.00 | 6,104.32 | √ 8.00 | 321.28 | 9.64 | 37.52 | 16.00 | 54.40 | 6.80 | 2.00 | 0.40 |
| October | 200.00 | 8,032.00 | 200.00 | 8,032.00 | – | – | – | – | – | – | – | – | – |
| November | 160.00 | 6,425.60 | 144.00 | 5,783.04 | √ 16.00 | 642.56 | 19.28 | 75.04 | 32.00 | 108.80 | 13.60 | 4.00 | 0.80 |
| December | 160.00 | 9,365.60 | 140.00 | 5,622.40 | CS 20.00 | 3,743.20 | 112.30 | 93.80 | 40.00 | 136.00 | 17.00 | 5.00 | 1.00 |
| Total | 1,040.00 | 44,706.40 | 948.00 | 38,071.68 | 92.00 | 6,634.72 | 199.04 | 431.48 | 184.00 | 625.60 | 78.20 | 23.00 | 4.60 |

| Fund/Rate | Date 6/1/2003 | Date 6/1/2004 |
|---|---|---|
| Dues Check-Off | 03.0000% | 03.0000% |
| Pension Fund | 4.24 | 4.69 |
| Retirement Fund | 2.00 | 2.00 |
| Health and Welfare Fund | 5.55 | 6.80 |
| Education Fund | 0.80 | 0.85 |
| Industry Fund | 0.20 | 0.25 |
| Int'l Training Fund | 0.05 | 0.05 |

To the Northern Illinois Benefit Funds

Our report on the examination of the payroll records of this employer are as follows:

| | |
|---|---|
| Employer: | BOWEN ENGINEERING CORPORATION |
| Address: | 10315 ALLISONVILLE RD<br>FISHERS, IN 46038-0000 |
| Telephone: | (317) 842-2616 |
| Period Covered: | 1/1/2005 - 12/31/2005 |
| Contact: | KEESA LOOPER |
| Date of Examination: | April 23, 2008 |
| Field Auditor(s): | GRANT WORKMAN |
| | |
| Type of Organization: | NOT PROVIDED |
| Federal ID Number: | 35-1136995 |
| State ID Number: | T2052216 |
| Synopsis: | The prescribed audit procedures were performed.<br><br>"PLUMBERS AND PIPEFITTERS"<br><br>See accompanying schedule for exceptions noted. |

V   - Vacation and/or Holiday - no "benefit exclusion form" completed.

B   - Bonus and/or Safety Incentive - no "benefit exclusion form" completed.

S   - Shortage exception included

Exit Interview:      Reviewed exceptions with Ms. Looper on May 5, 2008.

Northern Illinois Benefit Funds

Payroll Compliance Audit of:   BOWEN ENGINEERING CORPORATION

The amounts due to(from) the various funds are as follows:

| Benefit Fund | | Hours | Wages | Rate | Amount Due (Overreported) |
|---|---|---|---|---|---|
| **Dues Check-Off** | | | | | |
| 01/01/2005 To | 05/31/2005 | | $2,730.88 | 3.0000% | $81.93 |
| 06/01/2005 To | 12/31/2005 | | $7,292.80 | 3.0000% | $218.78 |
| | | | $10,023.68 | | $300.71 |
| **Pension Fund-Journeymen** | | | | | |
| 01/01/2005 To | 05/31/2005 | 68.00 | | $4.69 | $318.92 |
| 06/01/2005 To | 12/31/2005 | 80.00 | | $5.44 | $435.20 |
| | | 148.00 | | | $754.12 |
| **Retirement Fund-Journeymen** | | | | | |
| 01/01/2005 To | 05/31/2005 | 68.00 | | $2.00 | $136.00 |
| 06/01/2005 To | 12/31/2005 | 80.00 | | $2.00 | $160.00 |
| | | 148.00 | | | $296.00 |
| **Health and Welfare Fund** | | | | | |
| 01/01/2005 To | 05/31/2005 | 68.00 | | $6.80 | $462.40 |
| 06/01/2005 To | 12/31/2005 | 80.00 | | $7.80 | $624.00 |
| | | 148.00 | | | $1,086.40 |
| **Education Fund** | | | | | |
| 01/01/2005 To | 05/31/2005 | 68.00 | | $0.85 | $57.80 |
| 06/01/2005 To | 12/31/2005 | 80.00 | | $0.90 | $72.00 |
| | | 148.00 | | | $129.80 |
| **Industry Fund** | | | | | |
| 01/01/2005 To | 05/31/2005 | 68.00 | | $0.25 | $17.00 |
| 06/01/2005 To | 12/31/2005 | 80.00 | | $0.28 | $22.40 |
| | | 148.00 | | | $39.40 |
| **Intl Training Fund** | | | | | |
| 01/01/2005 To | 05/31/2005 | 68.00 | | $0.05 | $3.40 |
| 06/01/2005 To | 12/31/2005 | 80.00 | | $0.05 | $4.00 |
| | | 148.00 | | | $7.40 |
| | Total amount due to(from) funds | | | | $2,613.83 |

# Northern Illinois Benefit Funds

Social Security #: 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
Employee: ABITUA, GERADO
Card Type: Plumbers and Pipefitters

Employer: BOWEN ENGINEERING CORPORATION
Person Contacted: KEESA LOOPER

Schedule of Deficiencies & (Credits) for 2005

Payroll Compliance Audit Period: 01/01/2005-12/31/2005
Date of Audit: 04/23/2008
Payroll Compliance/Auditor: GRANT WORKMAN

| Month | Employer Records Hours | Employer Records Wages | Fund Records Hours | Fund Records Wages | Difference Hours | Difference Wages | Dues Check-Off | Pension | Retirement | Health and Welfare | Education | Industry | Int'l Training Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 200.00 | 8,032.00 | 196.00 | 7,871.36 | 4.00 ✓ | 160.64 | 4.82 | 18.76 | 8.00 | 27.20 | 3.40 | 1.00 | 0.20 |
| February | 160.00 | 6,425.60 | 152.00 | 6,104.32 | 8.00 ✓ | 321.28 | 9.64 | 37.52 | 16.00 | 54.40 | 6.80 | 2.00 | 0.40 |
| March | 160.00 | 6,425.60 | 104.00 | 4,176.64 | 56.00 ✓ | 2,248.96 | 67.47 | 262.64 | 112.00 | 380.80 | 47.60 | 14.00 | 2.80 |
| April | 160.00 | 6,425.60 | 160.00 | 6,425.60 | – | – | – | – | – | – | – | – | – |
| May | 200.00 | 8,032.00 | 200.00 | 8,032.00 | – | – | – | – | – | – | – | – | – |
| June | 160.00 | 6,585.60 | 148.00 | 6,091.68 | 12.00 ✓ | 493.92 | 14.82 | 65.28 | 24.00 | 93.60 | 10.80 | 3.36 | 0.60 |
| July | 200.00 | 8,232.00 | 184.00 | 7,573.44 | 16.00 ✓ | 658.56 | 19.76 | 87.04 | 32.00 | 124.80 | 14.40 | 4.48 | 0.80 |
| August | 162.00 | 6,667.92 | 158.00 | 6,503.28 | 4.00 ✓ | 164.64 | 4.94 | 21.76 | 8.00 | 31.20 | 3.60 | 1.12 | 0.20 |
| September | 161.00 | 6,626.76 | 153.00 | 6,297.48 | 8.00 ✓ | 329.28 | 9.88 | 43.52 | 16.00 | 62.40 | 7.20 | 2.24 | 0.40 |
| October | 200.00 | 8,232.00 | 160.00 | 6,585.60 | 40.00 ✓ | 1,646.40 | 49.39 | 217.60 | 80.00 | 312.00 | 36.00 | 11.20 | 2.00 |
| November | 160.00 | 6,585.60 | 160.00 | 6,585.60 | – | (C$4,000.00) | 120.00 | – | – | – | – | – | – |
| December | 160.00 | 6,585.60 | 160.00 | 6,585.60 | – | – | – | – | – | – | – | – | – |
| Total | 2,083.00 | 88,856.28 | 1,935.00 | 78,832.60 | 148.00 | 10,023.68 | 300.71 | 754.12 | 296.00 | 1,086.40 | 129.80 | 39.40 | 7.40 |

| Fund/Rate | Date 6/1/2004 | Date 6/1/2005 |
|---|---|---|
| Dues Check-Off | 03.0000% | 03.0000% |
| Pension Fund | 4.69 | 5.44 |
| Retirement Fund | 2.00 | 2.00 |
| Health and Welfare Fund | 6.80 | 7.80 |
| Education Fund | 0.85 | 0.90 |
| Industry Fund | 0.25 | 0.28 |
| Int'l Training Fund | 0.05 | 0.05 |

To the Northern Illinois Benefit Funds

Our report on the examination of the payroll records of this employer are as follows:

| | |
|---|---|
| Employer: | BOWEN ENGINEERING CORPORATION |
| Address: | 10315 ALLISONVILLE RD<br>FISHERS, IN 46038-0000 |
| Telephone: | (317) 842-2616 |
| Period Covered: | 1/1/2006 - 12/31/2006 |
| Contact: | KEESA LOOPER |
| Date of Examination: | April 23, 2008 |
| Field Auditor(s): | GRANT WORKMAN |
| | |
| Type of Organization: | NOT PROVIDED |
| Federal ID Number: | 35-1136995 |
| State ID Number: | T2052216 |
| Synopsis: | The prescribed audit procedures were performed. |
| | "PLUMBERS AND PIPEFITTERS" |
| | See accompanying schedule for exceptions noted. |
| | V  - Vacation and/or Holiday - no "benefit exclusion form" completed. |
| | B  - Bonus and/or Safety Incentive - no "benefit exclusion form" completed. |
| | S  - Shortage exception included |
| Exit Interview: | Reviewed exceptions with Ms. Looper on May 5, 2008. |

Northern Illinois Benefit Funds

Payroll Compliance Audit of:   BOWEN ENGINEERING CORPORATION

The amounts due to(from) the various funds are as follows:

| Benefit Fund | | Hours | Wages | Rate | Amount Due (Overreported) |
|---|---|---|---|---|---|
| **Dues Check-Off** | | | | | |
| 01/01/2006 To | 05/31/2006 | | $3,292.80 | 3.0000% | $98.78 |
| 06/01/2006 To | 12/31/2006 | | $10,789.36 | 3.0000% | $323.68 |
| | | | $14,082.16 | | $422.46 |
| **Pension Fund-Journeymen** | | | | | |
| 01/01/2006 To | 05/31/2006 | 80.00 | | $5.44 | $435.20 |
| 06/01/2006 To | 12/31/2006 | 96.00 | | $5.69 | $546.24 |
| | | 176.00 | | | $981.44 |
| **Retirement Fund-Journeymen** | | | | | |
| 01/01/2006 To | 05/31/2006 | 80.00 | | $2.00 | $160.00 |
| 06/01/2006 To | 12/31/2006 | 96.00 | | $3.00 | $288.00 |
| | | 176.00 | | | $448.00 |
| **Health and Welfare Fund** | | | | | |
| 01/01/2006 To | 05/31/2006 | 80.00 | | $7.80 | $624.00 |
| 06/01/2006 To | 12/31/2006 | 96.00 | | $8.45 | $811.20 |
| | | 176.00 | | | $1,435.20 |
| **Education Fund** | | | | | |
| 01/01/2006 To | 05/31/2006 | 80.00 | | $0.90 | $72.00 |
| 06/01/2006 To | 12/31/2006 | 96.00 | | $0.95 | $91.20 |
| | | 176.00 | | | $163.20 |
| **Industry Fund** | | | | | |
| 01/01/2006 To | 05/31/2006 | 80.00 | | $0.28 | $22.40 |
| 06/01/2006 To | 12/31/2006 | 96.00 | | $0.28 | $26.88 |
| | | 176.00 | | | $49.28 |
| **Intl Training Fund** | | | | | |
| 01/01/2006 To | 05/31/2006 | 80.00 | | $0.05 | $4.00 |
| 06/01/2006 To | 12/31/2006 | 96.00 | | $0.05 | $4.80 |
| | | 176.00 | | | $8.80 |
| Total amount due to(from) funds | | | | | $3,508.38 |

# Northern Illinois Benefit Funds

Social Security #: 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
Employee: ABITUA, GERADO
Card Type: Plumbers and Pipefitters

Employer: BOWEN ENGINEERING CORPORATION
Person Contacted: KEESA LOOPER

Schedule of Deficiencies & (Credits) for 2006

Payroll Compliance Audit Period: 01/01/2006-12/31/2006
Date of Audit: 04/23/2008
Payroll Compliance Auditor: GRANT WORKMAN

| Month | Employer Records Hours | Employer Records Wages | Fund Records Hours | Fund Records Wages | Difference Hours | Difference Wages | Dues Check-Off | Pension | Retirement | Health and Welfare | Education | Industry | Int'l Training Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 200.00 | 8,232.00 | 184.00 | 7,573.44 | 16.00 | 658.56 | 19.76 | 87.04 | 32.00 | 124.80 | 14.40 | 4.48 | 0.80 |
| February | 160.00 | 6,585.60 | 160.00 | 6,585.60 | – | – | – | – | – | – | – | – | – |
| March | 160.00 | 6,585.60 | 160.00 | 6,585.60 | – | – | – | – | – | – | – | – | – |
| April | 200.00 | 8,232.00 | 160.00 | 6,585.60 | 40.00 | 1,646.40 | 49.39 | 217.60 | 80.00 | 312.00 | 36.00 | 11.20 | 2.00 |
| May | 180.00 | 7,408.80 | 156.00 | 6,420.96 | 24.00 | 987.84 | 29.64 | 130.56 | 48.00 | 187.20 | 21.60 | 6.72 | 1.20 |
| June | 183.50 | 8,191.74 | 175.50 | 7,862.46 | 8.00 | 329.28 | 9.88 | 45.52 | 24.00 | 67.60 | 7.60 | 2.24 | 0.40 |
| July | 276.50 | 13,269.86 | 260.50 | 12,595.30 | 16.00 | 674.56 | 20.24 | 91.04 | 48.00 | 135.20 | 15.20 | 4.48 | 0.80 |
| August | 162.00 | 6,872.08 | 162.00 | 6,872.08 | – | – | – | – | – | – | – | – | – |
| September | 160.00 | 9,245.60 | 144.00 | 6,071.04 | 16.00 | [handwritten: RS 3,174.56] | 95.24 | 91.04 | 48.00 | 135.20 | 15.20 | 4.48 | 0.80 |
| October | 200.00 | 8,432.00 | 200.00 | 8,432.00 | – | – | – | – | – | – | – | – | – |
| November | 160.00 | 10,995.60 | 144.00 | 6,071.04 | 16.00 | [handwritten: RS 4,924.56] | 147.74 | 91.04 | 48.00 | 135.20 | 15.20 | 4.48 | 0.80 |
| December | 200.00 | 8,432.00 | 160.00 | 6,745.60 | 40.00 | 1,686.40 | 50.59 | 227.60 | 120.00 | 338.00 | 38.00 | 11.20 | 2.00 |
| Total | 2,242.00 | 102,482.88 | 2,066.00 | 88,400.72 | 176.00 | 14,082.16 | 422.46 | 981.44 | 448.00 | 1,435.20 | 163.20 | 49.28 | 8.80 |

| Fund/Rate | Date 6/1/2005 | Date 6/1/2006 |
|---|---|---|
| Dues Check-Off | 03.0000% | 03.0000% |
| Pension Fund | 5.44 | 5.69 |
| Retirement Fund | 2.00 | 3.00 |
| Health and Welfare Fund | 7.80 | 8.45 |
| Education Fund | 0.90 | 0.95 |
| Industry Fund | 0.28 | 0.28 |
| Int'l Training Fund | 0.05 | 0.05 |

To the Northern Illinois Benefit Funds

Our report on the examination of the payroll records of this employer are as follows:

| | |
|---|---|
| Employer: | BOWEN ENGINEERING Corp |
| Address: | 10315 ALLISONVILLE RD<br>FISHERS, IN 46038-0000 |
| Telephone: | (317) 842-2616 |
| Period Covered: | 1/1/2007 - 5/31/2007 |
| Contact: | KEESA LOOPER |
| Date of Examination: | April 23, 2008 |
| Field Auditor(s): | GRANT WORKMAN |
| | |
| Type of Organization: | NOT PROVIDED |
| Federal ID Number: | 35-1136995 |
| State ID Number: | T2052216 |
| Synopsis: | The prescribed audit procedures were performed. |
| | "PLUMBERS AND PIPEFITTERS" |
| | See accompanying schedule for exceptions noted. |
| | V  - Vacation and/or Holiday - no "benefit exclusion form" completed. |
| | B  - Bonus and/or Safety Incentive - no "benefit exclusion form" completed. |
| | S  - Shortage exception included |
| Exit Interview: | Reviewed exceptions with Ms. Looper on May 5, 2008. |

Northern Illinois Benefit Funds

Payroll Compliance Audit of:   BOWEN ENGINEERING Corp

The amounts due to(from) the various funds are as follows:

## Benefit Fund

| | | Hours | Wages | Rate | Amount Due (Overreported) |
|---|---|---|---|---|---|
| **Dues Check-Off** | | | | | |
| 01/01/2007 To | 05/31/2007 | | $1,686.40 | 3.0000% | $50.59 |
| 06/01/2007 To | 12/31/2007 | | $0.00 | 3.0000% | $0.00 |
| | | | $1,686.40 | | $50.59 |
| **Pension Fund-Journeymen** | | | | | |
| 01/01/2007 To | 05/31/2007 | 40.00 | | $5.69 | $227.60 |
| | | 40.00 | | | $227.60 |
| **Retirement Fund-Journeymen** | | | | | |
| 01/01/2007 To | 05/31/2007 | 40.00 | | $3.00 | $120.00 |
| | | 40.00 | | | $120.00 |
| **Health and Welfare Fund** | | | | | |
| 01/01/2007 To | 05/31/2007 | 40.00 | | $8.45 | $338.00 |
| | | 40.00 | | | $338.00 |
| **Education Fund** | | | | | |
| 01/01/2007 To | 05/31/2007 | 40.00 | | $0.95 | $38.00 |
| | | 40.00 | | | $38.00 |
| **Industry Fund** | | | | | |
| 01/01/2007 To | 05/31/2007 | 40.00 | | $0.28 | $11.20 |
| | | 40.00 | | | $11.20 |
| **Intl Training Fund** | | | | | |
| 01/01/2007 To | 05/31/2007 | 40.00 | | $0.05 | $2.00 |
| | | 40.00 | | | $2.00 |
| Total amount due to(from) funds | | | | | $787.39 |

# Northern Illinois Benefit Funds

## Schedule of Deficiencies & (Credits) for 2007

Social Security #: 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
Employee: ABITUA, GERADO
Card Type: Plumbers and Pipefitters

Employer: BOWEN ENGINEERING Corp
Person Contacted: KEESA LOOPER

Payroll Compliance Audit Period: 01/01/2007-05/31/2007
Date of Audit: 04/23/2008
Payroll ComplianceAuditor: GRANT WORKMAN

| Month | Employer Records Hours | Employer Records Wages | Fund Records Hours | Fund Records Wages | Difference Hours | Difference Wages | Dues Check-Off | Pension | Retirement | Health and Welfare | Education | Industry | Int'l Training Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 160.00 | 6,745.60 | 144.00 | 6,071.04 | √ 16.00 | 674.56 | 20.24 | 91.04 | 48.00 | 135.20 | 15.20 | 4.48 | 0.80 |
| February | 160.00 | 6,745.60 | 160.00 | 6,745.60 | – | – | – | – | – | – | – | – | – |
| March | 160.00 | 6,745.60 | 160.00 | 6,745.60 | – | – | – | – | – | – | – | – | – |
| April | 200.00 | 8,432.00 | 176.00 | 7,420.16 | √ 24.00 | 1,011.84 | 30.36 | 136.56 | 72.00 | 202.80 | 22.80 | 6.72 | 1.20 |
| May | 160.00 | 6,745.60 | 160.00 | 6,745.60 | – | – | – | – | – | – | – | – | – |
| June | – | – | – | – | – | – | – | – | – | – | – | – | – |
| July | – | – | – | – | – | – | – | – | – | – | – | – | – |
| August | – | – | – | – | – | – | – | – | – | – | – | – | – |
| September | – | – | – | – | – | – | – | – | – | – | – | – | – |
| October | – | – | – | – | – | – | – | – | – | – | – | – | – |
| November | – | – | – | – | – | – | – | – | – | – | – | – | – |
| December | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Total | 840.00 | 35,414.40 | 800.00 | 33,728.00 | 40.00 | 1,686.40 | 50.59 | 227.60 | 120.00 | 338.00 | 38.00 | 11.20 | 2.00 |

| Fund/Rate | Date 6/1/2006 | Date 6/1/2007 |
|---|---|---|
| Dues Check-Off | 03.0000% | 03.0000% |
| Pension Fund | 5.69 | 0.00 |
| Retirement Fund | 3.00 | 0.00 |
| Health and Welfare Fund | 8.45 | 0.00 |
| Education Fund | 0.95 | 0.00 |
| Industry Fund | 0.28 | 0.00 |
| Int'l Training Fund | 0.05 | 0.00 |

# *Bansley and Kiener, L.L.P.*

*8745 W. Higgins Road*
*Suite 200*
*Chicago, IL  60631-2704*
*312-263-2700*

*Trustees of The Northern Illinois*
  *Benefit Funds*
*1295 Butterfield Road*
*Aurora, IL  60502-8879*
*c/o Robert Niksa*

*Invoice No.    98561*
*Date            05/21/2008*
*Client No.     JWS7208*

For professional services rendered:

Perform payroll compliance review for the period 07/01/04 through 05/31/07 (35 months).

| EMPLOYER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Bowen Engineering Corp. | 14.75 | $ 57 | $840.75 |
| Travel Expenses | | | - 0 - |

Total Amount Due    $      840.75

