# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| In the Matter of<br>Board of Trustees of the Northern Illinois Benefit Fund, et al.<br>       Plaintiff,<br>V.<br>Bown Engineering Corporation, an Illinois Corporation<br>       Defendants, | Case Number:<br>FILED: AUGUST 5, 2008<br>08CV4411<br>JUDGE DOW<br>MAGISTRATE JUDGE KEYS<br>TC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |
| --- |
| PHILIP BRZOZOWSKI |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/Philip Brzozowski |
| FIRM<br><br>ARNOLD AND KADJAN |
| STREET ADDRESS<br><br>19 WEST JACKSON BLVD. |
| CITY/STATE/ZIP<br><br>CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>6288049 | TELEPHONE NUMBER<br><br>(312) 236-0415 |
| --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?      YES ☑   NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?      YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |