AO 440 (Rev 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, et al.

PLAINTIFFS,

V.

BOWEN ENGINEERING CORPORATION, an Illinois Corporation

DEFENDANT.

CASE NUMBER: 08CV4411

JUDGE DOW

DESIGNATED JUDGE MAGISTRATE JUDGE KEYS

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

BOWEN ENGINEERING CORPORATION
c/o its registered agent, CT Corporation System
208 S. LaSalle St. Ste. 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD D. SCHWARTZ
PHILIP BRZOZOWSKI
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

August 5, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/6/08 |
| NAME OF SERVER (PRINT) Renee Elizabeth McDowell | TITLE law clerk |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 208 S. LaSalle St, Ste 814 Chgo, IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/06/08
Date

Renee E. McDowell
*Signature of Server*

19 W. Jackson Blvd. Chgo, IL
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.